**Michael David BAKKE, Petitioner—Appellant,**

v.

**Anthony P. KANE, Warden, Respondent—Appellee.**

No. 06–55576.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 19, 2007.

Filed Nov. 26, 2007.

Michael David Bakke, Soledad, CA, pro se.

Kenneth M. Stern, Esq., Law Offices of Kenneth M. Stern, Woodland Hills, CA, for Petitioner–Appellant.

Douglas P. Danzig, Esq., Office of the California Attorney General, San Diego, CA, for Respondent–Appellee.

Before: KOZINSKI, TASHIMA, and McKEOWN, Circuit Judges.

MEMORANDUM *

Michael David Bakke ("Bakke") appeals the district court's dismissal of his petition for a writ of habeas corpus as barred by the one-year statute of limitations of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"). *See* 28 U.S.C.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

§ 2244(d)(1). On appeal, Bakke contends that he is entitled to equitable tolling due to mental incompetency, or, at the least, an evidentiary hearing to establish his mental incompetency. Although mental incompetency is an "extraordinary circumstance" that may justify equitable tolling of the AEDPA's statute of limitations, *see Laws v. Lamarque*, 351 F.3d 919, 922–23 (9th Cir.2003), this case is squarely governed by *Gaston v. Palmer*, 417 F.3d 1030, 1034–35 (9th Cir.2005), *amended by* 447 F.3d 1165 (9th Cir.2006). Therefore, the judgment of the district court is

**AFFIRMED.**